IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE HANOVER INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 19-cv-1979 |
| R.W. DUNTEMAN COMPANY, DU-KANE ASPHALT CO., CRUSH-CRETE, INC., PAUL DUNTEMAN JR., JEFFREY DUNTEMAN, ROLAND DUNTEMAN III, MATTHEW DUNTEMAN and AUDREY B. COFFEY, as Personal Representative of the ESTATE OF JANE ELIZABETH DUNTEMAN. | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**JOINT AGREED MOTION TO EXTEND RESPONSE DEADLINE TO CROSS-MOTIONS FOR JUDGMENT ON THE PLEADINGS**

Plaintiff, The Hanover Insurance Company ("Hanover"), and Defendants, R.W. Dunteman Company ("R.W. Dunteman"), Du-Kane Asphalt Co., Inc. ("Du-Kane"), Crush-Crete, Inc. ("Crush-Crete") (collectively, "Corporate Defendants"), Paul Dunteman, Jr., Jeffrey Dunteman, Roland Dunteman III, and Matthew Dunteman (collectively, the "Dunteman Brothers") (Corporate Defendants and the Dunteman Brothers are referred to herein collectively as "Defendants"), submit this Joint Agreed Motion to Extend the Response Deadline to the Cross-Motions for Judgment on the Pleadings and state as follows:

1. On June 13, 2019, at the Initial Status Conference and motion hearing on Hanover's Motion to Dismiss Count II of the Defendants' Counterclaims, the Court was advised of the Parties intentions to file cross-motions for Judgment on the Pleadings.

2. In the Court's Minute Order [ECF 30] the Court entered the following briefing scheduled for the Parties' cross-motions for judgment on the pleadings:

- Cross motions for judgment on the pleadings due by July 15, 2019;
- Responses due by August 14, 2019; and
- Replies due by September 11, 2019.

3. On July 15, 2019, Hanover and the Defendants filed their respective Motions for Judgment on the Pleadings [ECF 35; ECF 36; and ECF 38].

4. Given the issues presented in the respective Motions for Judgment on the Pleadings, and after consultation among counsel for Hanover and Defendants, counsel believe that additional time will be necessary to address the issues raised in the Cross-Motions for Judgment on the Pleadings.

5. However, given the amount of time set forth in the Court's briefing schedule, the Parties do not see any need to modify the September 11, 2019 deadline for the Reply briefs at this time.

6. Accordingly, the Parties request an extension of the August 14, 2019 Response deadline to August 23, 2019. The September 11, 2019 Reply brief deadline does not need to be modified at this time.

7. This is the first request for extension of the deadlines set forth in the Court's June 13, 2019 Minute Order [ECF 30], and this request for extension is made in good faith, and not for the purpose of unnecessary delay.

WHEREFORE, Hanover and the Defendants respectfully request that the Court grant this Joint Agreed Motion and extend the August 14, 2019 deadline for their responses to the respective Cross-Motions for Judgment on the Pleadings to August 23, 2019, with the deadline for Replies to remain September 11, 2019.

Dated: August 9, 2019

THE HANOVER INSURANCE COMPANY　　R.W. DUNTEMAN COMPANY, DU-KANE
　　　　　　　　　　　　　　　　　　　　　　　　　　　　ASPHALT CO., AND CRUSH-CRETE, INC.

By:　　/s/ Ryan M. Henderson　　　　　　　By:　　/s/ Jenna N. Wadulak　　　　
　　　　One of Its Attorneys　　　　　　　　　　　　　One of Their Attorneys

Ommid C. Farashahi　　　　　　　　　　　Thomas A. Christensen
David F. Cutter　　　　　　　　　　　　　Jenna N. Wadulak
Ryan M. Henderson　　　　　　　　　　　HUCK BOUMA, PC
BATESCAREY LLP　　　　　　　　　　　　1755 South Naperville Road
191 North Wacker, Suite 2400　　　　　　Suite 200
Chicago, Illinois 60606　　　　　　　　　Wheaton, Illinois 60189
Ph.:　312-762-3100　　　　　　　　　　Ph.:　(630) 221-1755
Fax:　312-762-3200　　　　　　　　　　E-mail: tchristensen@huckbouma.com
E-mail:ofarashahi@batescarey.com　　　　E-mail: jwadulak@huckbouma.com
E-mail:dcutter@batescarey.com
E-mail:rhenderson@batescarey.com


PAUL DUNTEMAN, JR., JEFFREY
DUNTEMAN, ROLAND DUNTEMAN III,
AND MATTHEW DUNTEMAN:


By:　/s/ Stephanie Kopalski　　　　　　
　　　　One of Their Attorneys

Kevin M. Lyons
Stephanie Kopalski
LYONS LAW GROUP, LLC
5333 Main Street
Downers Grove, IL 60515
Ph.:　(630) 852-2529
E-mail: KevinL@kllawfirm.com
E-mail: Stephanie@kllawfirm.com

## CERTIFICATE OF SERVICE

On August 9, 2019, I Ryan M. Henderson caused to be served a true and correct copy of the foregoing document upon all counsel of record via the CM/ECF system.

I declare under penalty of perjury under the laws of the United States of America and the State of Illinois that the foregoing is true and correct.

DATED this 9th day of August 2019, at Chicago, Illinois.

    /s/ Ryan M. Henderson
    *Counsel for Hanover Insurance Company*

2267803